QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-Cr-05150 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | ) | Date:  May 16, 2005 |
| SERGIO RODRIGUEZ, | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **change of plea hearing now set for May 9, 2005, may be continued to May 16, 2005, at 9:00 A.M.**

The reason for the continuance is that the parties have not yet received the Presentence Investigation Report.

///

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: May 5, 2005                        /s/ by Francine Zepeda with consent of Mr. Gappa
                                        By:
                                               DAVID L. GAPPA
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

                                               QUIN DENVIR
                                               Federal Defender

DATED: May 5, 2005                      By:  /s/ Francine Zepeda
                                               FRANCINE ZEPEDA
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             SERGIO RODRIGUEZ

**ORDER**

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 5, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE