QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO RODRIGUEZ,<br><br>        Defendant. | NO. 1:03-Cr-05150 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>Date: June 13, 2005<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing now set for May 31, 2005, may be continued to June 13, 2005, at 9:00 A.M.**

This stipulation is presented to the court to allow time for new counsel to meet and speak with the defendant prior to hearing.

///

///

///

///

///

1  ///

2  The parties also agree that any delay resulting from this continuance shall be excluded in the

3  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 26, 2005

/s/ by Francine Zepeda with consent of Mr. Gappa
By: _____
DAVID L. GAPPA
Assistant United States Attorney
Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: May 26, 2005          By:   /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
SERGIO RODRIGUEZ

**PROPOSED ORDER**

Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 27, 2005**                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE